IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **OREGON CATHOLIC PRESS**, <br><br> Plaintiff, <br><br> v. <br><br> **VINCENT A. AMBROSETTI, individually and as trustee of the King's Minstrels Charitable Trust aka International Liturgy Publications**, <br><br> Defendant. | Case No. 3:19-cv-01397-AC <br><br> **ORDER** |

**IMMERGUT, District Judge.**

On August 4, 2021, Magistrate Judge John V. Acosta issued his Findings and Recommendations ("F&R"). ECF 48. The F&R recommends that this Court deny Defendant's Motion to Dismiss, ECF 33, and grant Plaintiff's Motion for Leave to File an Amended Complaint, ECF 40, and Motion to Consolidate, ECF 41. No party filed objections.

**STANDARDS**

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de

PAGE 1 – ORDER

novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge Acosta's conclusions. The F&R, ECF 48, is adopted in full. Defendant's Motion to Dismiss, ECF 33, is DENIED, Plaintiff's Motion for Leave to File an Amended Complaint, ECF 40, is GRANTED, and Plaintiff's Motion to Consolidate, ECF 41, is GRANTED.

**IT IS SO ORDERED**.

DATED this 27th day of August, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER